## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams |
| | : | |
| v. | : | Mag. No. 25-15007 |
| | : | |
| LUIS VAQUERO | : | |

  This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (by Rachelle M. Navarro, Assistant United States Attorney), and defendant Luis Vaquero (by Adalgiza A. Nunez, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 1, 2025 to permit defense counsel the reasonable time necessary for effective preparation in this matter; to permit the United States and the defendant to determine whether this matter can be resolved through plea negotiations, which would render trial of this matter unnecessary; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and two prior continuances having been granted; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

  IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1) To permit defense counsel the reasonable time necessary for effective preparation in this matter and permit both the United States and the defendant to

determine whether this matter can be resolved through plea negotiations, which would render trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _7_th day of July 2025,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including October 1, 2025; and it is further

ORDERED that the period from the date this Order is signed through and including October 1, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

*Stacey D. Adams*
Honorable Stacey D. Adams
United States Magistrate Judge

Form and entry consented to:

*/s/ Adalgiza Nunez*
Adalgiza A. Nunez, Esq.
Counsel for Defendant


Rachelle M. Navarro
Assistant United States Attorney